Layne Friedrich (Bar No. 195431)
Drevet Hunt (Bar No. 240487)
Lawyers for Clean Water, Inc.
1004 O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: layne@lawyersforcleanwater.com

Michelle Smith (Bar No. 233515)
Humboldt Baykeeper
422 First Street Suite G
Eureka, CA 95501
Telephone: (707) 268-0665
Facsimile: (707) 268-8901
Email: michelle@humboldtbaykeeper.org

Fredric Evenson (Bar No. 198059)
Law Offices of Fredric Evenson
William Verick (Bar No. 140972)
Klamath Environmental Law Center
424 First Street
Eureka, CA 95501
Telephone: (707) 268-8900
Facsimile: (707) 268-8901
Email: ecorights@earthlink.net

Attorneys for Plaintiffs
HUMBOLDT BAYKEEPER, and
ECOLOGICAL RIGHTS FOUNDATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER, a program of Ecological Rights Foundation, and ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, and NORTH COAST RAILROAD AUTHORITY, a state agency,<br><br>Defendants. | Civil Case No.: C 06-02560 JSW<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT AND RESCHEDULE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Case Mgt. Conference: August 18, 2006<br>Time: 1:30 p.m.<br>Place: Courtroom 2, 17th Floor |

Stipulation to Amend Complaint/Reschedule CMC        1        Case No. C 06-02560 JSW

Humboldt Baykeeper, a program of the Ecological Rights Foundation, and the Ecological Rights Foundation (hereinafter referred to collectively as "Humboldt Baykeeper" or "Plaintiffs"), Union Pacific Railroad Company ("Union Pacific") and the North Coast Railroad Authority ("NCRA") (collectively "Defendants") hereby enter into this stipulation:

WHEREAS, on February 1, 2006, Humboldt Baykeeper issued a notice letter ("Notice Letter") to Defendants regarding Plaintiffs' intent to file suit against Defendants under the Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq*. ("Clean Water Act" or "CWA") and the Resource Conservation and Recovery Act, 42 U.S.C. § 6091 *et seq*. ("RCRA");

WHEREAS, pursuant to the CWA and RCRA, the Notice Letter was sent to certain regulatory agencies. Among other things, RCRA requires that the chief administrator of the California Integrated Waste Management Board receive the Notice Letter 90 days before Plaintiffs may file suit for violations of RCRA. 42 U.S.C. § 6972(b)(2)(A); *see also* 40 C.F.R. § 254.2. Plaintiffs represent that the chief administrator received the Notice Letter on March 6, 2006;

WHEREAS, on April 12, 2006, Plaintiffs filed a Complaint with this Court regarding Defendants' alleged violations of the Clean Water Act;

WHEREAS, on June 5, 2006, because more than 90 days will have passed since the administrator of the California Integrated Waste Management Board received Plaintiffs' Notice Letter, Plaintiffs plan to file a First Amended Complaint to add the RCRA claims;

WHEREAS, the parties have entered into this stipulation to accommodate: (1) Plaintiffs' request to amend the Complaint; (2) Defendants' need to have sufficient time to evaluate and respond to the First Amended Complaint; and (3) the schedules of all litigation counsel with regard to the Case Management Conference; and

WHEREAS, the parties agree to stipulate to Plaintiffs' filing of its First Amended Complaint and to set a schedule for responding to the First Amended Complaint, and also stipulate to request that the Case Management Conference be postponed by approximately thirty (30) days to accommodate the proposed pleading schedule as well as counsels' respective litigation schedules;

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, subject to the Court's approval, that:

1. Plaintiffs will file their First Amended Complaint on June 5, 2006.

2. Plaintiffs will also serve Defendants with their First Amended Complaint on June 5, 2006, by serving counsel for Defendants, who agree to accept service of process via express mail or hand delivery.

3. Union Pacific and NCRA will answer or otherwise respond to the First Amended Complaint on or before June 26, 2006. If either Defendant files a motion rather than an answer in response to the First Amended Complaint, the parties shall confer to choose a mutually acceptable hearing date, open and available on the Court's calendar, for the hearing of the motion.

4. The Case Management Conference, currently scheduled for August 18, 2006, shall be rescheduled for September 22, 2006, or as soon thereafter as the Court's calendar permits.

5. Per the Court's Order Setting Initial Case Management Conference and ADR Deadlines, all other dates will be automatically reset based on the new Case Management Conference date.

Dated: June 1, 2006                    Respectfully submitted,

                                       /s/ Layne Friedrich
                                       Layne Friedrich
                                       Lawyers For Clean Water, Inc.
                                       Attorney for Plaintiffs

                                       /s/ Paul P. Spaulding, III
                                       Paul P. "Skip" Spaulding, III
                                       Farella Braun + Martel LLP
                                       Attorney for Union Pacific

                                       /s/ Christopher Neary
                                       Christopher Neary
                                       Attorney for NCRA

I, Layne Friedrich, attest that the content of this document is acceptable to all persons required to sign this document.

Dated: June 1, 2006                    /s/ Layne Friedrich
                                       Layne Friedrich
                                       Lawyers For Clean Water, Inc.
                                       Attorney for Plaintiffs

|1| Based on the foregoing, and good cause appearing therefore, the Court orders that Plaintiffs shall file and serve on all parties their First Amended Complaint on June 5, 2006. Defendants will answer or otherwise respond to the First Amended Complaint on or before June 26, 2006. The Case Management Conference shall be rescheduled for September 22, 2006, at 1:30 p.m. All other dates in the Court's Order Setting Initial Case Management Conference and ADR Deadlines are postponed accordingly.

IT IS SO ORDERED:

Date: __June 2__, 2006

_____
The Honorable Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA