IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER and ECOLOGICAL RIGHTS FOUNDATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNION PACIFIC RAILROAD COMPANY and NORTH COAST RAILROAD AUTHORITY,<br><br>    Defendants.<br>_____/ | No. C 06-02560 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on September 8, 2006 on Defendants' motions to dismiss Plaintiffs' First Amended Complaint. The Court HEREBY ORDERS that Plaintiffs' opposition briefs to these motions shall be due by July 13, 2006 and Defendants' reply briefs shall be due by July 20, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 28, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE