Paul P. "Skip" Spaulding, III (State Bar No. 83922)
David J. Lazerwitz (State Bar No. 221349)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: dlazerwitz@fbm.com

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER, a program of Ecological Rights Foundation; and ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation; and NORTH COAST RAILROAD AUTHORITY, a state agency,<br><br>Defendants. | Case No. C 06-02560 JSW<br><br>STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT; [~~PROPOSED~~] ORDER<br><br>Date: September 8, 2006<br>Time: 9:00 a.m.<br>Dept.: Courtroom 2<br>Judge: The Honorable Jeffrey S. White |

Defendant Union Pacific Railroad Company ("Union Pacific"), Defendant North Coast Railroad Authority ("NCRA") and Plaintiffs Humboldt Baykeeper and Ecological Rights Foundation (collectively "Baykeeper"), hereby enter into this stipulation:

WHEREAS, on April 12, 2006, Baykeeper filed a Complaint with this Court containing Nine Causes of Action alleging that Union Pacific and NCRA violated the Clean Water Act;

WHEREAS, on June 5, 2006, Baykeeper filed a First Amended Complaint with this Court to include a Tenth Cause of Action alleging that Union Pacific violated the Resource Conservation and Recovery Act;

1  WHEREAS, on June 26, 2006, Union Pacific and NCRA filed motions to dismiss Baykeeper's First Amended Complaint, which motions are scheduled to be heard by the Court at 9:00 a.m. on Friday, September 8, 2006, or as soon thereafter as the matter may be heard;

4  WHEREAS, on June 28, 2006, the Court issued an Order Setting Briefing Schedule on Defendants' motions to dismiss pursuant to which Baykeeper's opposition to the motions to dismiss is due by July 13, 2006 and Defendants' reply briefs in support of their motions are due by July 20, 2006; and

8  WHEREAS, the parties have previously coordinated a mutually acceptable hearing date on the motions to dismiss based on their respective schedules and the Court's motions calendar, conferred regarding the deadlines set forth in the Court's scheduling order and now agree to modify the briefing schedule to accommodate the schedules of litigation counsel which would make compliance with the deadlines set forth in the Court's scheduling order extremely difficult;

13  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, subject to the Court's approval, that:

15  1. Baykeeper will file its opposition to the motions to dismiss on or before August 2, 2006.

17  2. Union Pacific and NCRA will file their replies in support of their motions to dismiss on or before August 23, 2006.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE, Case No. 06-02560 JSW

- 2 -

20730\980031.2

| | | |
|---|---|---|
| Dated: June 29, 2006 | | Farella Braun + Martel LLP |
| | | By: /S/ David J. Lazerwitz |
| | | David J. Lazerwitz |
| | | Attorneys for Defendant Union Pacific Railroad Company |
| Dated: June 29, 2006 | | Law Office of Christopher J. Neary |
| | | By: /S/ Christoper J. Neary |
| | | Christopher J. Neary |
| | | Attorneys for Defendant North Coast Railroad Authority |
| Dated: June 29, 2006 | | Lawyers for Clean Water, Inc. |
| | | By: /S/ Layne Friedrich |
| | | Layne Friedrich |
| | | Attorneys for Plaintiffs Humboldt Baykeeper and Ecological Rights Foundation |

I, David Lazerwitz, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: June 30, 2006                    Farella Braun + Martel LLP

                                        By: /S/ David J. Lazerwitz
                                            David J. Lazerwitz

                                        Attorneys for Defendant
                                        Union Pacific Railroad Company

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE, Case No. 06-02560 JSW

- 3 -

20730\980031.2

# ORDER

Based on the foregoing, and good cause appearing therefore, the Court vacates the Order Setting Briefing Schedule dated June 28, 2006, and orders that Baykeeper will file its opposition to Union Pacific's and NCRA's motions to dismiss on or before August 2, 2006. Union Pacific and NCRA will file their replies in support of their motions to dismiss on or before August 23, 2006.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: July 5, 2006

_____
JEFFREY S. WHITE
JUDGE OF THE U.S. DISTRICT COURT

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE, Case No. 06-02560 JSW

- 4 -

20730\980031.2