IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER and<br>ECOLOGICAL RIGHTS FOUNDATION,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNION PACIFIC RAILROAD COMPANY<br>and NORTH COAST RAILROAD<br>AUTHORITY,<br><br>  Defendants.<br>_____/ | No. C 06-02560 JSW<br><br><br>**ORDER** |

Defendants' motions to dismiss Plaintiffs' First Amended Complaint are now fully briefed and ripe for decision. The Court finds that these matters are appropriate for disposition without oral argument and the matters are deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for September 8, 2006 is VACATED.

The Court has identified this action as one that appears suitable for reassignment to Magistrate Judge Nandor J. Vadas, whose courtroom is located in Eureka, California, for all future proceedings. Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits.

The parties are directed to meet and confer regarding reassignment and to file, on or before September 8, 2006, a letter stating whether or not the parties request reassignment of this case to Magistrate Judge Vadas. If the parties so request, the case will be transferred.

The parties will thereafter file written consent to the jurisdiction of a magistrate judge in the form requested by Magistrate Judge Vadas. If the parties elect to transfer this case, the pending motions to dismiss shall be heard by Magistrate Judge Vadas.

**IT IS SO ORDERED.**

Dated: August 31, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE