**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUMBOLDT BAYKEEPER and
ECOLOGICAL RIGHTS FOUNDATION,

          Plaintiffs,

    v.

UNION PACIFIC RAILROAD COMPANY
and NORTH COAST RAILROAD
AUTHORITY,

          Defendants.

_____/

No. C 06-02560 JSW

**ORDER SETTING BRIEFING
SCHEDULE RE MOTION TO
INTERVENE**

      This matter is set for a hearing on March 16, 2007 on the motion to intervene filed by

CUE VI, LLC.  The Court HEREBY ORDERS that any briefs in opposition to this motion shall

be due by January 17, 2007 and CUE VI's reply brief shall be due by January 24, 2007.

      If the Court determines that the matter is suitable for resolution without oral argument, it

will so advise the parties in advance of the hearing date.  If the parties wish to modify this

schedule, they may submit for the Court's consideration a stipulation and proposed order

demonstrating good cause for any modification requested.

      **IT IS SO ORDERED.**

Dated: January 3, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE