Layne Friedrich (Bar No. 195431)
Drevet Hunt (Bar No. 240487)
Lawyers for Clean Water, Inc.
1004 O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: layne@lawyersforcleanwater.com

Michelle Smith (Bar No. 233515)
Humboldt Baykeeper
422 First Street Suite G
Eureka, CA 95501
Telephone: (707) 268-0665
Facsimile: (707) 268-8901
Email: michelle@humboldtbaykeeper.org

Fredric Evenson (Bar No. 198059)
Law Offices of Fredric Evenson
William Verick (Bar No. 140972)
Klamath Environmental Law Center
424 First Street
Eureka, CA 95501
Telephone: (707) 268-8900
Facsimile: (707) 268-8901
Email: ecorights@earthlink.net

Attorneys for Plaintiffs
HUMBOLDT BAYKEEPER, and
ECOLOGICAL RIGHTS FOUNDATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER, a program of Ecological Rights Foundation, and ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, and NORTH COAST RAILROAD AUTHORITY, a state agency,<br><br>Defendants. | Civil Case No.: C 06-02560 JSW<br><br>**STIPULATION TO FILE SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND CIVIL PENALTIES; [PROPOSED] ORDER**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq*.)<br><br>(Resource Conservation and Recovery Act, 42 U.S.C. §§ 6901 *et seq*.) |

Stipulation to File Second Amended Complaint        1        Case No. C 06-02560 JSW

Humboldt Baykeeper, and Ecological Rights Foundation (hereinafter "Plaintiffs"), Union Pacific Railroad Company ("Union Pacific") and the North Coast Railroad Authority ("NCRA") (jointly "Defendants"), and CUE VI, LLC ("CUE VI") by and through its counsel hereby stipulate to the following:

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, subject to the Court's approval, that:

1. Plaintiffs will file their Second Amended Complaint, which is attached hereto as Exhibit 1, on January 19, 2007. By signing this stipulation, Plaintiffs do not waive their right, and specifically reserve the right, to seek leave to amend to add additional defendants at a later time.

2. Plaintiffs will serve Defendants and CUE VI with their Second Amended Complaint the same day it is filed by serving counsel for Defendants, who agree to accept service of process via express mail or hand delivery.

3. Defendants and CUE VI will answer or otherwise respond to the Second Amended Complaint on or before February 19, 2007. By signing this stipulation Defendants and CUE VI do not waive any argument or defense, and Defendants and CUE VI may assert any argument or defense in response to the Second Amended Complaint by motion authorized under Rule 12 of the Federal Rules of Civil Procedure, or through any other available procedure.

Dated: January 17, 2007                      Respectfully submitted,


                                             /s/ Drevet Hunt_____
                                             Drevet Hunt
                                             Lawyers For Clean Water, Inc.
                                             Attorney for Plaintiffs


                                             /s/ Lawrence S. Bazel_____
                                             Lawrence S. Bazel
                                             Briscoe Ivester & Bazel LLP
                                             Attorney for Union Pacific Railroad
                                             Company

/s/ Lawrence S. Bazel
Lawrence S. Bazel
Briscoe Ivester & Bazel LLP
Attorney for CUE VI, LLC


/s/ Christopher Neary
Christopher Neary
Attorney for North Coast Railroad
Authority

I, Drevet Hunt, attest that the content of this document is acceptable to all persons required to sign this document.

Dated: January 17, 2007

/s/ Drevet Hunt
Drevet Hunt
Lawyers For Clean Water, Inc.
Attorney for Plaintiffs


[PROPOSED] ORDER

Based on the foregoing, and good cause appearing therefore, the Court orders that Plaintiffs shall file and serve on all parties their Second Amended Complaint on January 19, 2007. Defendants will answer or otherwise respond to the First Amended Complaint on or before February 19, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: January 18, 2007

_____
The Honorable Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA