IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER and ECOLOGICAL RIGHTS FOUNDATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNION PACIFIC RAILROAD COMPANY and NORTH COAST RAILROAD AUTHORITY,<br><br>    Defendants. | No. C 06-02560 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE RE MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |

This matter is set for a hearing on May 18, 2007 at 9:00 a.m. on Defendants' motion to dismiss Plaintiffs' second amended complaint. Plaintiffs' opposition brief to the motion shall be filed by no later than Wednesday, March 7, 2007 and a reply brief, if any, shall be filed by no later than Wednesday, March 14, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 21, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE