Layne Friedrich (Bar No. 195431)
Drevet Hunt (Bar No. 240487)
Lawyers for Clean Water, Inc.
1004 O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: layne@lawyersforcleanwater.com

Michelle Smith (Bar No. 233515)
Humboldt Baykeeper
422 First Street Suite G
Eureka, CA 95501
Telephone: (707) 268-0665
Facsimile: (707) 268-8901
Email: michelle@humboldtbaykeeper.org

Fredric Evenson (Bar No. 198059)
Law Offices of Fredric Evenson
William Verick (Bar No. 140972)
Klamath Environmental Law Center
424 First Street
Eureka, CA 95501
Telephone: (707) 268-8900
Facsimile: (707) 268-8901
Email: ecorights@earthlink.net

Attorneys for Plaintiffs
HUMBOLDT BAYKEEPER and
ECOLOGICAL RIGHTS FOUNDATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER, et al., <br><br> Plaintiffs, <br> v. <br><br> UNION PACIFIC RAILROAD COMPANY, *et al*, <br><br> Defendants. | Civil Case No.: C 06-02560 JSW MED <br><br> **STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO AMEND COMPLAINT IN RESPONSE TO COURT'S ORDER DISMISSING PLAINTIFFS' THIRD THROUGH NINTH CAUSES OF ACTION; [PROPOSED] ORDER** <br><br> Deadline to Amend: June 1, 2007 <br> Dept: Courtroom 2 <br> Judge: The Honorable Jeffrey S. White |

Plaintiffs Humboldt Baykeeper and Ecological Rights Foundation (collectively "Plaintiffs") and Defendants Union Pacific Railroad Company, North Coast Railroad Authority, and CUE VI, LLC by and through its counsel hereby stipulate to the following:

1. On May 16, 2007 the Court issued an Order dismissing Plaintiffs' Third through Ninth Causes of Action in the Second Amended Complaint ("May 16 Order").

2. In its May 16 Order the Court required Plaintiffs to file an amended complaint to comply with the Court's order by June 1, 2007.

3. Plaintiffs will file a motion for leave to file a motion for reconsideration of the dismissal of Plaintiffs Third through Eighth claims in the Second Amended Complaint as soon as possible and prior to June 1, 2007.

4. Plaintiffs believe it would save resources to allow the Court to reach a decision on Plaintiffs' motion for leave and motion for reconsideration before requiring Plaintiffs to file an amended complaint.

5. It is reasonable that the deadline for Plaintiffs to file an amended complaint shall be extended to 10 days after the Courts' ruling on Plaintiffs' motion for leave to file a motion for reconsideration, or the Court's ruling on Plaintiffs motion for reconsideration, whichever is later.

DATED: May 29, 2007

Respectfully Submitted,

LAWYERS FOR CLEAN WATER, INC.

/s/
Drevet Hunt
Attorneys for Plaintiffs
Humboldt Baykeeper and
Ecological Rights Foundation

BRISCOE IVESTER & BAZEL LLP

/s/
Lawrence S. Bazel
Attorneys for Defendant
Union Pacific Railroad Company

|   |   |
|---|---|
| 1 | BRISCOE IVESTER & BAZEL LLP |
| 2 | |
| 3 | /s/ |
|   | Lawrence S. Bazel |
| 4 | Attorneys for Defendant |
|   | CUE VI, LLC |
| 5 | |
| 6 | LAW OFFICES OF CHRISTOPHER J. NEARY |
| 7 | |
|   | /s/ |
| 8 | Christopher J. Neary |
|   | Attorney for Defendant |
| 9 | North Coast Railroad Authority |

I, Drevet Hunt, attest that the content of this document is acceptable to all persons required to sign this document.

Date: May 29, 2007

/s/
Drevet Hunt
Lawyers for Clean Water, Inc.
Attorney for Plaintiffs

### [~~PROPOSED~~] ORDER

Based on the foregoing, and good cause appearing therefore, the Court orders the deadline for Plaintiffs to file an amended complaint shall be extended to 10 days after the Courts' ruling on Plaintiffs' motion for leave to file a motion for reconsideration, or its ruling on Plaintiffs motion for reconsideration, whichever is later.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: __June 1__, 2007

_____
The Honorable Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA