**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUMBOLDT BAYKEEPER and
ECOLOGICAL RIGHTS FOUNDATION,

    Plaintiffs,

  v.

UNION PACIFIC RAILROAD COMPANY
and NORTH COAST RAILROAD
AUTHORITY,

    Defendants.
_____/

No. C 06-02560 JSW

**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE**

Pursuant to Civil Local Rule 72-1 this matter is referred to a randomly assigned magistrate judge for resolution of the current discovery dispute filed on June 19, 2007 and for resolution of all discovery matters. The parties will be advised of the date, time and place of appearance, if any, by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: July 20, 2007

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

cc:    Wings Hom