Layne Friedrich (Bar No. 195431)
Drevet Hunt (Bar No. 240487)
Lawyers for Clean Water, Inc.
1004 O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155
Email: layne@lawyersforcleanwater.com

Michelle Smith (Bar No. 233515)
Humboldt Baykeeper
422 First Street Suite G
Eureka, CA 95501
Telephone: (707) 268-0665
Facsimile: (707) 268-8901
Email: michelle@humboldtbaykeeper.org

Fredric Evenson (Bar No. 198059)
Law Offices of Fredric Evenson
William Verick (Bar No. 140972)
Klamath Environmental Law Center
424 First Street
Eureka, CA 95501
Telephone: (707) 268-8900
Facsimile: (707) 268-8901
Email: ecorights@earthlink.net

Attorneys for Plaintiffs
HUMBOLDT BAYKEEPER and
ECOLOGICAL RIGHTS FOUNDATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> UNION PACIFIC RAILROAD COMPANY, *et al*, <br><br> Defendants. | Civil Case No.: C 06-02560 JSW WDB <br><br> **STIPULATION TO SHORTEN TIME FOR HEARING ON CROSS MOTIONS; [PROPOSED] ORDER** <br><br> Requested Hearing Date: July 25, 2007 <br> Requested Time: 2:15 <br> Dept: Courtroom 4, 3rd Floor <br> Judge: Wayne D. Brazil |

## [~~PROPOSED~~] ORDER

Based on the foregoing, and good cause appearing therefore, the Court orders the following briefing and hearing schedule for Plaintiffs' motion to compel discovery:

1. Plaintiffs will file their motion to compel Defendants to provide access for a site inspection without Defendants' stated restrictions on or before June 29, 2007.

2. Defendants will in one brief file their opposition to Plaintiffs' motion and any cross-motion related to the issues raised in Plaintiff's motion (not to exceed 20 [WDB] pages, excepting tables of contents, tables of authorities, and exhibits) on or before July 6, 2007.

3. Plaintiffs will in one brief file their reply brief and their opposition to any cross-motion (not to exceed 20 [WDB] pages, excepting tables of contents, tables of authorities, and exhibits) on or before July 13, 2007.

4. Defendants will file their reply brief on or before July 18, 2007.

5. A hearing on Plaintiffs' motion to compel and Defendants' motion for a protective order is set for July 25, 2007 at 2:15 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: 6-29- , 2007

_____
Magistrate Judge Wayne D. Brazil
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA