UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUMBOLDT BAYKEEPER,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, ET AL.,

    Defendants.
_____/

No. C 06-2560 JSW  (JL)

RESCHEDULING OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE due to a change in the Judge's calendar, the settlement conference scheduled for Friday, February 29, 2008 has been rescheduled to **Wednesday, March 5, 2008 at 2:00 p.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.  **If the court-ordered date presents problems for parties or counsel, counsel is to contact Judge Larson's chambers directly at (415) 522-2112.**

/ / /

/ / /

/ / /

/ / /

SETTLEMENT CONFERENCE NOTICE    1

1  The parties shall notify Magistrate Judge Larson's chambers immediately if this case settles prior to the date set for settlement conference.

DATED: January 15, 2008

_____
JAMES LARSON
Chief Magistrate Judge