J OHN B RISCOE (State Bar No. 053223)
L AWRENCE S. B AZEL (State Bar No. 114641)
M ELANIE T ANG (State Bar No. 221264)
B RISCOE I VESTER & B AZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, CA 94104
(415) 402-2700
Fax (415) 398-5630

Attorneys for Defendants CUE VI, LLC and
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER, a program of Ecological Rights Foundation, and ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, NORTH COAST RAILROAD AUTHORITY, a state agency, and CUE VI, LLC, an Alaska limited liability company,<br><br>　　　　　　　　　　　　Defendants.<br>. | No. 06-02560 JSW WDB<br><br>**STIPULATION FOR BRIEFING SCHEDULE AND CONTINUANCE OF HEARING ON PLAINTIFFS' MOTION TO COMPEL; SCHEDULE FOR SITE INSPECTION; [PROPOSED] ORDER** |

On January 23, 2008, Humboldt Baykeeper and Ecological Rights Foundation ("Plaintiffs") filed a motion to compel discovery from defendants CUE VI, LLC and Union Pacific Railroad Company ("Defendants"). Defendants would like additional time to respond to the motion given the litigation dates in February. The parties discussed a briefing schedule and hearing date for Plaintiffs' motion as well as Plaintiffs' Request for Inspection, Wet Weather. Plaintiffs also discussed the problem with pushing the hearing date given the need to review responsive documents should Plaintiffs' motion be successful in time to file their opening motion for summary judgment, which Judge White ordered be filed March 28, 2008.

Plaintiffs and Defendants, by and through their counsel, hereby stipulate to the following.

IT IS HEREBY STIPULATED AND AGREED that:

1

1. The hearing on Plaintiffs' motion to compel should be continued from February 27, 2008 until March 14, 2008 at 1:30 p.m. Defendants will file their opposition on or before February 25, 2008 and Plaintiffs will file their reply on or before March 5, 2008.

2. If Plaintiffs' motion to compel is granted, Defendants agree to produce responsive documents and discovery responses within 7 days of the Court's final decision, except for documents ordered to be produced responding to Plaintiffs' Third RFP to Union Pacific and Fourth RFP to CUE, which shall be produced within a reasonable time as ordered by the Court.

3. Plaintiffs will complete their inspection on March 4, 2008 and will limit it in scope as to time and individuals attending. Specifically, the inspection will be limited to: observing the site and water flow during a rain event, determining where a pipe originating along the southern end of the Balloon Track in what has sometimes been referred to as the "Coors Lite culvert" ends; and collecting no more than 5 water samples and 1 sediment sample. Plaintiffs will provide a list of the persons to be attending the inspection by March 1, 2008. Plaintiffs will provide a release in the form previously used for each person entering the site. Plaintiffs will provide to Defendants copies of all videos, recordings, and test results obtained in connection with the investigation of where the pipe ends within 14 days of receipt.

DATED: February 1, 2008.

LAWYERS FOR CLEAN WATER, INC.

By: _____/s/_____
    Layne Friedrich
    Attorneys for Plaintiffs HUMBOLDT
    BAYKEEPER and ECOLOGICAL RIGHTS
    FOUNDATION

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME          No. 06-02560 JSW WDB

DATED: February 1, 2008.

BRISCOE IVESTER & BAZEL LLP

By: _____/s/_____
    Lawrence S. Bazel
    Attorneys for Defendants CUE VI, LLC and
    UNION PACIFIC RAILROAD COMPANY

I, Lawrence Bazel, attest that the content of this document is acceptable to all persons required to sign this document.

DATED: February 1, 2008.

BRISCOE IVESTER & BAZEL LLP

By: _____/s/_____
    Lawrence S. Bazel
    Attorneys for Defendants CUE VI, LLC and
    UNION PACIFIC RAILROAD COMPANY

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, the hearing on Plaintiffs' motion to compel is continued from February 27, 2008 until March 14, 2008 at 1:30 p.m. Defendants will file their opposition on or before February 25, 2008 and Plaintiffs will file their reply on or before March 5, 2008.

The site inspection and document production shall be conducted as agreed above.

IT IS SO ORDERED.

DATED: __2/1_____, 2008

By: _____/s/ Wayne D. Brazil_____
    Wayne D. Brazil, Judge
    United States District Court for the Northern
    District of California