IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUMBOLDT BAYKEEPER and
ECOLOGICAL RIGHTS FOUNDATION,

    Plaintiffs,

  v.

UNION PACIFIC RAILROAD COMPANY, et al.,

    Defendants.

No. C 06-02560 JSW

**ORDER RE PLAINTIFFS' OBJECTIONS TO THE DISCOVERY ORDER**

On March 31, 2008, Plaintiffs filed objections to Magistrate Judge Brazil's Discovery Order dated March 17, 2008 (the "Discovery Order"). The Court HEREBY ORDERS defendants Union Pacific Railroad Company and CUE VI, LLC to file a response to ONESCO's objections by no later than April 18, 2008. The response shall be limited to five pages.

**IT IS SO ORDERED.**

Dated: April 11, 2008

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE