UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER, | No. C 06-2560 JSW  (JL) |
| Plaintiff, | |
| v. | **FURTHER** SETTLEMENT CONFERENCE AND ORDER |
| UNION PACIFIC RAILROAD COMPANY, ET AL., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a further settlement conference has been scheduled in this case for **Wednesday, January 14, 2009 at 2:00 p.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

**At least seven (7) calendar days before the Settlement conference the parties shall deliver directly to the magistrate judge *two copies* of a updated Confidential Settlement Conference Statement which should be lodged with chambers and should not be filed with the Clerk of the Court or served upon other parties.**

Any request to continue the settlement conference shall be submitted in writing after consultation with the opposing party.  Submission by facsimile is acceptable at facsimile number (415) 522-2140.

SETTLEMENT CONFERENCE NOTICE          1

1  The parties shall notify Magistrate Judge Larson's chambers immediately if this case
2  settles prior to the date set for settlement conference.

4  DATED:   October 21, 2008

_____
JAMES LARSON
Chief Magistrate Judge