1 Jeffrey K. Lee (Bar No. 212465)
  William D. Connell (Bar No. 89124)
2 Kathryn C. Curry (Bar No. 157099)
  GCA LAW PARTNERS LLP
3 1891 Landings Drive
  Mountain View, CA 94043
4 Telephone: (650) 428-3900
5 Facsimile: (650) 428-3901
  Email: jlee@gcalaw.com
6 Email: bconnell@gcalaw.com

7 Layne Friedrich (Bar No. 195431)
8 Drevet Hunt (Bar No. 240487)
  LAWYERS FOR CLEAN WATER, INC.
9 1004 O'Reilly Avenue
  San Francisco, California 94129
10 Telephone: (415) 440-6520
11 Facsimile: (415) 440-4155
   Email: layne@lawyersforcleanwater.com

12 *Additional counsel of record listed below*

13
14 Attorneys for Plaintiffs HUMBOLDT BAYKEEPER
   and ECOLOGICAL RIGHTS FOUNDATION

15

16                 UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
17

18 | HUMBOLDT BAYKEEPER, a program of Ecological Rights Foundation, and | Civil Case No.: C 06-02560 JSW WDB |
19 | ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation, | **STIPULATED REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
20 | Plaintiffs, | |
21 | v. | |
22 | UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, NORTH COAST | Date: February 6, 2009 |
23 | RAILROAD AUTHORITY, a state agency, and CUE VI, LLC, an Alaska limited liability | Time: 1:30 p.m.<br>Place: Courtroom 2 |
24 | company, | Judge: Honorable Jeffrey S. White |
   | Defendants. | |
25
26
27
28

Stipulated Request to Continue
Further Case Management Conference                              Case No. C 06-02560 JSW WDB

Pursuant to Civil Local Rules 6-1(b) and 6-2, and this Court's Civil Standing Order, ¶ 3, Plaintiffs Humboldt Baykeeper and Ecological Rights Foundation and Defendants Union Pacific Railroad Company, CUE VI, LLC, and North Coast Railroad Authority (collectively, the "Parties") hereby stipulate and jointly request the Court continue the February 6, 2009 further case management conference and associated deadlines. The Parties requested that the further case management conference be rescheduled for February 13, 2009 and the deadline for the associated further case management statement be continued to February 6, 2009. Plaintiffs' request the continuance because Plaintiffs' counsel, Ms. Friedrich, has a conflict with the February 6, 2009 date that has arisen since the Court set the case management conference and will be unable to appear at the further case management conference.

The parties jointly declare the following in support of this request:

WHEREAS, the Court's October 16, 2008 order requires that the Parties to appear for a further case management conference on February 6, 2009; and

WHEREAS, the Court upon its own motion has modified the deadlines twice; and

WHEREAS, the Parties have sought four previous modifications to the deadlines in this case, including requesting a continuation of the pre-trial conference and associated deadlines; and

WHEREAS, in response to the request to continue the pre-trial conference and associated deadlines, the Court issued an order vacating and continuing the conference and deadlines, vacating the trial dates, and stating that it would reset these dates if necessary upon ruling on the cross-motions for summary judgment; and

WHEREAS, the Court set the February 6, 2009 further case management conference and ordered the Parties to submit by January 30, 2009 a further case management statement setting forth proposed dates for the pre-trial conference and trial;

WHEREFORE Plaintiffs and Defendants hereby jointly request that the Court issue an order vacating and continuing the February 6, 2009 further case management conference to February 13, 2009, and continuing the deadline for submission of the further case management statement to February 6, 2009.

Dated:   January 9, 2009				Respectfully submitted,

						Jeffrey K. Lee
						William D. Connell
						Kathryn C. Curry
						GCA LAW PARTNERS LLP

						Layne Friedrich
						LAWYERS FOR CLEAN WATER, INC.

						Michelle Smith
						HUMBOLDT BAYKEEPER

						Fredric Evenson
						LAW OFFICES OF FREDRIC EVENSON

						Attorneys for Plaintiffs
						HUMBOLDT BAYKEEPER and ECOLOGICAL
						RIGHTS FOUNDATION

						By:   /s/ Jeffrey K. Lee

Dated:   January 9, 2009				Lawrence Bazel
						Melanie Tang
						BRISCOE IVESTER & BAZEL LLP

						By:   /s/   Lawrence Bazel (by permission)
						    Attorneys for Defendants
						    UNION PACIFIC RAILROAD COMPANY and
						    CUE VI, LLC

Dated:   January 9, 2009				Christopher Neary


						By:   /s/ Christopher Neary (by permission)
						     Attorney for Defendant
						     NORTH COAST RAILROAD AUTHORITY

Stipulated Request to Vacate and Continue
Further Case Management Conference		2			Case No. C 06-02560 JSW WDB

## **ATTESTATION**

I, Drevet Hunt, am counsel for Plaintiffs and the registered ECF user whose username and password are being used to file this Stipulated Request to Vacate and Continue Pretrial Conference and Associated Dates and [Proposed] Order. In compliance with General Order 45 X.B, I hereby attest that the above-identified counsel for Defendants concurred in this filing.

Dated: January 9, 2009   Respectfully submitted,

By:   /s/ Drevet Hunt

# [PROPOSED] ORDER

After consideration of the Parties' Stipulated Request to Vacate and Continue further case management conference and for good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Court (1) continues the February 6, 2009 further case management conference; and (2) resets the further case management conference for February 13, 2009 at 1:30 p.m. and continues the deadline for submission of the further case management statement to February 6, 2009.

Dated: __January 12___, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE