|   |   |
|---|---|
| 1 | JOHN BRISCOE (State Bar No. 053223)<br>LAWRENCE S. BAZEL (State Bar No. 114641) |
| 2 | MELANIE TANG (State Bar No. 221264)<br>BRISCOE IVESTER & BAZEL LLP |
| 3 | 155 Sansome Street, Seventh Floor<br>San Francisco, CA 94104 |
| 4 | (415) 402-2700<br>Fax (415) 398-5630 |

Attorneys for Defendants CUE VI, LLC and
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER, a program of Ecological Rights Foundation, and ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, NORTH COAST RAILROAD AUTHORITY, a state agency, and CUE VI, LLC, an Alaska limited liability company,<br><br>Defendants. | No. 06-02560 JSW WDB<br><br>[PROPOSED] **ORDER GRANTING UNION PACIFIC'S REQUEST TO BE EXCUSED FROM ATTENDING SETTLEMENT CONFERENCE IN PERSON**<br><br>Date: January 14, 2009<br>Time: 2:00 p.m.<br>Judge: Hon. James Larson |

1

[PROPOSED] ORDER GRANTING REQUEST TO BE EXCUSED　　　　　　　　　　CASE NO. C 06-02560 JSW WDB

1  Having considered Union Pacific's request to be excused from attendance at the
2  January 14, 2009 settlement conference, and good cause appearing,
3  IT IS HEREBY ORDERED THAT a representative of Union Pacific need not appear in
4  person at the settlement conference in this matter scheduled for January 14, 2009, but shall be
5  available by telephone.

Dated: January 12, 2009

*/s/ James Larson*
JAMES LARSON
United States Chief Magistrate Judge