IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUMBOLDT BAYKEEPER and
ECOLOGICAL RIGHTS FOUNDATION,

    Plaintiffs,

v.

UNION PACIFIC RAILROAD COMPANY
and NORTH COAST RAILROAD
AUTHORITY,

    Defendants.

No. C 06-02560 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE JAMES LARSON FOR SETTLEMENT CONFERENCE**

Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, this matter is referred to Magistrate Judge James Larson to conduct a further settlement conference by no later than June 19, 2009, if possible. The parties will be advised of the date, time and place of appearance by notice from Judge Larson.

**IT IS SO ORDERED.**

Dated: February 17, 2009

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

cc:    Wings Hom