1
2
3
4
5
6
7

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUMBOLDT BAYKEEPER,                    No. C 06-2560 JSW  (JL)

        Plaintiff,

    v.                                              **FURTHER** SETTLEMENT
                                                   CONFERENCE AND ORDER
UNION PACIFIC RAILROAD COMPANY,
ET AL.,

        Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that a further settlement conference has been scheduled in

this case for **Friday, June 19, 2009 at 10:00 a.m.,** in Judge Larson's chambers, located at

the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California

94102.

    **At least seven (7) calendar days before the Settlement conference the parties**

**shall deliver directly to the magistrate judge *two copies* of a updated Confidential**

**Settlement Conference Statement which should be lodged with chambers and**

**should not be filed with the Clerk of the Court or served upon other parties.**

    Any request to continue the settlement conference shall be submitted in writing after

consultation with the opposing party.  Submission by facsimile is acceptable at facsimile

number (415) 522-2140.

SETTLEMENT CONFERENCE NOTICE          1

1        The parties shall notify Magistrate Judge Larson's chambers immediately if this case

2   settles prior to the date set for settlement conference.

3

4   DATED:   February 18, 2009

5   _____

6                          JAMES LARSON
                           Chief Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

SETTLEMENT CONFERENCE NOTICE        2