IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER and<br>ECOLOGICAL RIGHTS FOUNDATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNION PACIFIC RAILROAD COMPANY<br>and NORTH COAST RAILROAD<br>AUTHORITY,<br><br>    Defendants.<br>_____/ | No. C 06-02560 JSW<br><br>**ORDER SETTING BRIEFING<br>SCHEDULE REGARDING<br>DEFENDANTS' MOTION TO<br>FILE AMENDED ANSWERS** |

    This matter is set for a hearing on May 1, 2009 at 9:00 a.m. on Defendants' motion to file amended answers. Plaintiffs' opposition brief to the motion shall be filed by no later than Friday, March 20, 2009 and a reply brief, if any, shall be filed by no later than Friday, March 27, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: March 6, 2009

                                                                      JEFFREY S. WHITE<br>
                                                                      UNITED STATES DISTRICT JUDGE