**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER and<br>ECOLOGICAL RIGHTS FOUNDATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNION PACIFIC RAILROAD COMPANY<br>and NORTH COAST RAILROAD<br>AUTHORITY,<br><br>    Defendants.<br>_____/ | No. C 06-02560 JSW<br><br>**ORDER SETTING BRIEFING<br>SCHEDULE REGARDING<br>DEFENDANTS' MOTION FOR<br>RECONSIDERATION** |

This matter is set for a hearing on June 26, 2009 at 9:00 a.m. on Defendants' motion for reconsideration. Plaintiffs' opposition brief to the motion shall be filed by no later than Friday, May 15, 2009 and a reply brief, if any, shall be filed by no later than Friday, May 22, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 1, 2009

                                                    JEFFREY S. WHITE<br>                                                  UNITED STATES DISTRICT JUDGE