CHRISTOPHER J. NEARY
Attorney at Law, #69220
110 South Main Street, Suite C
Willits, CA 95490
Telephone: (707) 459-5551

Attorney for defendant, NORTH COAST
RAILROAD AUTHORITY, a Public Agency

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER, a program of Ecological Rights Foundation, and ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, and NORTH COAST RAILROAD AUTHORITY, a state agency,<br><br>Defendants. | Case No. C 06-02560 JSW WDB<br><br>[Proposed] ORDER GRANTING DEFENDANT NORTH COAST RAILROAD AUTHORITY'S ADMINISTRATIVE REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE TELEPHONICALLY<br><br>Case Management Conference:<br>Date: July 17, 2009<br>Time: 1:30 p.m.<br>Judge: The Honorable Jeffrey S. White |

Pursuant to the request of Defendant NORTH COAST RAILROAD AUTHORITY ("NCRA") and good cause appearing therefore,

IT IS HEREBY ORDERED that Christopher J. Neary, counsel for NCRA, may appear at the Case Management Conference on July 17, 2009 at 1:30 p.m. telephonically. Mr. Neary shall be available at (707) 459-5553.

DATED: July 16, 2009

THE HONORABLE JEFFREY S. WHITE
Judge of the U.S. District Court
Northern District of California

C. J. NEARY
ATTORNEY AT LAW
110 SOUTH MAIN STREET,
SUITE C
WILLITS, CALIFORNIA 95490
(707) 459-5551

- 1 -