IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUMBOLDT BAYKEEPER and
ECOLOGICAL RIGHTS FOUNDATION,

    Plaintiffs,

  v.

UNION PACIFIC RAILROAD COMPANY
and NORTH COAST RAILROAD
AUTHORITY,

    Defendants.
_____/

No. C 06-02560 JSW

**ORDER DIRECTING PLAINTIFFS TO FILE REPLY IN SUPPORT OF MOTION *IN LIMINE* NO. 1**

Although the Court does not ordinarily provide parties an opportunity to submit a reply brief in support of motions *in limine*, Defendants assert defenses that their failure to disclose witnesses and documents was either substantially justified or that Plaintiffs have not suffered any prejudice. The Court directs Plaintiffs to file a reply brief to address these defenses by no later than 10:00 a.m. on February 11, 2010. In particular, Plaintiffs shall identify which specific documents or witnesses about which they contend Defendants' untimely disclosure was not substantially justified and Plaintiffs would suffer prejudice if not excluded.

**IT IS SO ORDERED.**

Dated: February 5, 2010

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE