JOHN BRISCOE (State Bar No. 053223)
LAWRENCE S. BAZEL (State Bar No. 114641)
CHRISTIAN L. MARSH (State Bar No. 209442)
MELANIE L. TANG (State Bar No. 221264)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, California 94104
MAIN (415) 402-2700
FAX (415) 398-5630

Attorneys for Defendants CUE VI, LLC and
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER, a program of Ecological Rights Foundation, and ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, NORTH COAST RAILROAD AUTHORITY, a state agency, and CUE VI, LLC, an Alaska limited liability company,<br><br>Defendants. | No. 06-02560 JSW<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE DEPOSITIONS; [PROPOSED] ORDER**<br><br>Trial Date: August 30, 2010<br>Courtroom 11, 19th Floor<br>Honorable Jeffrey S. White |

On February 17, 2010, the Court reopened discovery for sixty days to enable Plaintiffs to depose specified witnesses. *See* ECF Dkt. No. 383 at 2. Defendants' counsel is unable to attend the deposition of Caryn Woodhouse scheduled for April 15. However, both the parties and Ms. Woodhouse are available to conduct the deposition on April 22, 2010.

IT IS THEREFORE STIPULATED AND AGREED THAT, the sixty-day deadline is extended to allow the deposition of Caryn Woodhouse on April 22, 2010.

Dated:  March 25, 2010                          BRISCOE IVESTER & BAZEL LLP

By: _____/s/ Bazel_____
Lawrence S. Bazel
Attorneys for Defendants
CUE VI, LLC and UNION PACIFIC
RAILROAD COMPANY

Dated:  March 25, 2010                          LAWYERS FOR CLEAN WATER, INC.

By: _____/s/_____
Layne Friedrich
Attorneys for Plaintiffs
HUMBOLDT BAYKEEPER and
ECOLOGICAL RIGHTS FOUNDATION

Dated:  March 25, 2010                          LAW OFFICES OF CHRISTOPHER J. NEARY

By: _____/s/_____
Christopher J. Neary
Attorney for Defendant NORTH COAST
RAILROAD AUTHORITY

## ATTESTATION

I, Lawrence S. Bazel, am counsel for CUE VI, LLC and Union Pacific Railroad Company and the registered ECF user whose username and password are being used to file this Stipulation To Extend Deadline To Complete Depositions and [Proposed] Order. In compliance with General Order 45 X.B, I hereby attest that the above-identified counsel for Plaintiffs and NCRA concurred in this filing.

Dated: March 25, 2010             Respectfully submitted,

By: /s/ Lawrence S. Bazel.

## [PROPOSED] ORDER

After consideration of the Parties' Stipulation to Extend the Time to Complete Depositions, and for good cause appearing:

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Court will allow the deposition of Ms. Caryn Woodhouse be conducted on April 22, 2010

IT IS SO ORDERED.

Dated: March 29, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE