IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUMBOLDT BAYKEEPER and
ECOLOGICAL RIGHTS FOUNDATION,

    Plaintiffs,

v.

UNION PACIFIC RAILROAD COMPANY
and NORTH COAST RAILROAD
AUTHORITY,

    Defendants.
    _____/

No. C 06-02560 JSW

**ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

Now before the Court is the motion filed by Plaintiffs for leave to file a motion for reconsideration of this Court's order denying their Motion *in limine* No. 1 with respect to undisclosed witnesses. Having carefully considered the motion and the relevant legal authority, the Court hereby GRANTS Plaintiffs' motion for leave to file a motion for reconsideration based on the emergence of new facts. Moreover, the Court deems Plaintiffs' motion for leave to serve as Plaintiffs' motion for reconsideration. Defendants may file an opposition not to exceed six pages by no later than May 13, 2010. Plaintiffs may file a reply not to exceed five pages by no later than May 18, 2010.

**IT IS SO ORDERED.**

Dated: May 5, 2010

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE