UNITED STATES DISTRICT COURT

Northern District of California

HUMBOLDT BAYKEEPER and
ECOLOGICAL RIGHTS FOUNDATION,

         Plaintiffs,

  v.

UNION PACIFIC RAILROAD COMPANY
and NORTH COAST RAILROAD
AUTHORITY,

         Defendants.
_____/

No. C 06-2560 JSW (MEJ)

**NOTICE OF REFERENCE**

      The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare a report and recommendation on Plaintiff's pending Motion for Attorney's Fees. (Dkt. #414.) Accordingly, the Court shall conduct a hearing on July 29, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All briefing shall comply with Civil Local Rule 7. When filing documents, the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

      Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

      **IT IS SO ORDERED.**

Dated: June 16, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge