```
 1  Paul P. "Skip" Spaulding III (Bar No. 83922)
    R. Christopher Locke (Bar No. 101704)
 2  Matthew Bostick (Bar No. 268563)
    FARELLA, BRAUN + MARTEL
 3  235 Montgomery Street
    San Francisco, CA 94104
 4  (415) 954-4400
    Fax: (916) 444-2100
 5  sspaulding@farella.com
    clocke@farella.com
 6  mbostick@fbm.com

 7  Attorneys for Defendant
    UNION PACIFIC RAILROAD COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER, a program of Ecological Rights Foundation; and ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation; and NORTH COAST RAILROAD AUTHORITY, a state agency; and CUE VI, LLC, an Alaska limited liability company,<br><br>Defendants. | Case No. C 06-02560 JSW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT UNION PACIFIC RAILROAD COMPANY AND REQUEST FOR WITHDRAWAL OF <u>BRISCOE IVESTER AND BAZEL LLP</u>**<br><br>Trial Date: August 30, 2010 |

PLEASE TAKE NOTICE that defendant UNION PACIFIC RAILROAD COMPANY hereby substitutes the law firm of Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, CA 94104, as its counsel of record in the above captioned proceedings, in place of the law firm of Briscoe Ivester & Bazel LLP, 155 Sansome Street, 7th Floor, San Francisco, CA 94104. All further pleadings, correspondence and communications should be directed to Farella Braun + Martel LLP, Attention: Paul P. ("Skip") Spaulding, III, R. Christopher Locke and Matthew Bostick.

---

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF SUBSTITUTION OF COUNSEL
C 06-02560 JSW

20391\2259193.1

1   Consent to this substitution is hereby given:

2   Dated: June __16__, 2010               UNION PACIFIC RAILROAD COMPANY

4   By: _____
                                      Robert C. Bylsma

6   This substitution is hereby acknowledged and agreed to:

7   Dated: June __15__, 2010               BRISCOE IVESTER & BAZEL LLP

9   By: _____
                                      Lawrence S. Bazel

11   This substitution is hereby accepted:

12   Dated: June __15__, 2010              FARELLA BRAUN + MARTEL LLP

14   By: _____
                                      Paul P. ("Skip") Spaulding, III

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF SUBSTITUTION OF COUNSEL
C 06-02560 JSW     - 2 -     20391\2259193.1

UNION PACIFIC RAILROAD COMPANY and Briscoe Ivester & Bazel LLP hereby request the withdrawal of Briscoe Ivester & Bazel LLP as counsel for UNION PACIFIC RAILROAD COMPANY in this matter. In accordance with Civil Local Rule 11-5, the client has received reasonable notice, and through this pleading notice is being given to all other parties who have appeared.

Dated: June 16, 2010

UNION PACIFIC RAILROAD COMPANY

By: _____
Robert C. Bylsma

Dated: June 15, 2010

BRISCOE IVESTER & BAZEL LLP

BY: _____
Lawrence S. Bazel

SO ORDERED.

Dated: June 24, 2010

BY: _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94101
(415) 954-4400

NOTICE OF SUBSTITUTION OF COUNSEL
C 06-02560 JSW

- 3 -

20391\2259193.1