DOWNEY BRAND LLP
CLIFTON J. MCFARLAND (Bar No. 136940)
ANDREW L. COLLIER (Bar No. 191137)
GREGORY T. BRODERICK (Bar No. 220871)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
cmcfarland@downeybrand.com
acollier@downeybrand.com
gbroderick@downeybrand.com

Attorneys for Defendants
CUE VI, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER, a program of Ecological Rights Foundation, and ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; CUE VI, LLC; and NORTH COAST RAILROAD AUTHORITY, a state agency,<br><br>Defendants. | Case No. 06-02560 JSW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT CUE VI, LLC, AND REQUEST FOR WITHDRAWAL OF BRISCOE IVESTER & BAZEL LLP** |

1077222.1

1  PLEASE TAKE NOTICE that Defendant CUE VI, LLC, hereby substitutes the law firm
2  of Downey Brand, LLP, 621 Capitol Mall, 18th Floor, Sacramento, California, 95814, as its
3  counsel of record in the above-captioned proceedings, in place of the law firm of Briscoe Ivester
4  & Bazel, 155 Sansome Street, Seventh Floor, San Francisco, California 94104. All further
5  pleadings, correspondence, and communications should be directed to: Downey Brand LLP, attn:
6  Clifton J. McFarland, Andrew L. Collier and Gregory T. Broderick.

8  Consent to this substitution is hereby given:
9  DATED: June 16, 2010        CUE VI, LLC

11              By: _____
12                      MICHAEL CASEY

14  This substitution is hereby acknowledged and agreed to:
15  DATED: June 15, 2010        BRISCOE IVESTER & BAZEL

17              By: _____
18                      LAWRENCE S. BAZEL

20  This substitution is hereby accepted
21  DATED: June ___, 2010       DOWNEY BRAND, LLP

23              By: _____
24                      CLIFTON J. MCFARLAND

1077212.1

CUE VI, LLC'S NOTICE OF SUBSTITUTION OF COUNSEL & REQUEST FOR WITHDRAWAL

1  PLEASE TAKE NOTICE that Defendant CUE VI, LLC, hereby substitutes the law firm
2  of Downey Brand, LLP, 621 Capitol Mall, 18th Floor, Sacramento, California, 95814, as its
3  counsel of record in the above-captioned proceedings, in place of the law firm of Briscoe Ivester
4  & Bazel, 155 Sansome Street, Seventh Floor, San Francisco, California 94104. All further
5  pleadings, correspondence, and communications should be directed to: Downey Brand LLP, attn:
6  Clifton J. McFarland, Andrew L. Collier and Gregory T. Broderick.

8  Consent to this substitution is hereby given:
9  DATED: June __, 2010                CUE VI, LLC

11                                     By:_____
12                                         MICHAEL CASEY

14  This substitution is hereby acknowledged and agreed to:
15  DATED: June /5, 2010                BRISCOE IVESTER & BAZEL

17                                     By:_____
18                                         LAWRENCE S. BAZEL

20  This substitution is hereby accepted
21  DATED: June /8, 2010                DOWNEY BRAND, LLP

23                                     By:_____
24                                         CLIFTON J. MCFARLAND

1077222.1                                        1
CUE VI, LLC'S, NOTICE OF SUBSTITUTION OF COUNSEL & REQUEST FOR WITHDRAWAL

CUE VI, LLC, and Briscoe Ivester & Bazel LLP hereby request the withdrawal of Briscoe Ivester & Bazel LLP as counsel for CUE VI, LLC in this matter. In accordance with Civil Local Rule 11-5, the client has received reasonable notice, and through this pleading notice is being given to all other parties who have appeared.

DATED: June 16, 2010         CUE VI, LLC

                             By: _____
                                 MICHAEL CASEY


DATED: June 15, 2010         BRISCOE IVESTER & BAZEL

                             By: _____
                                 LAWRENCE S. BAZEL

SO ORDERED.

DATED: June 24, 2010

                             By: _____
                                 JEFFREY S. WHITE
                                 UNITED STATES DISTRICT JUDGE