| | |
|---|---|
| JEFFREY K. LEE (BAR NO. 212465)<br>WILLIAM D. CONNELL (BAR NO. 89124)<br>KATHRYN C. CURRY (BAR NO. 157099)<br>GCA LAW PARTNERS LLP<br>1891 Landings Drive<br>Mountain View, CA 94043<br>Telephone: (650) 428-3900<br>Facsimile: (650) 428-3901<br>Email: jlee@gcalaw.com<br>Email: bconnell@gcalaw.com<br>Email: kcurry@gcalaw.com | DOWNEY BRAND LLP<br>CLIFTON J. MCFARLAND (Bar No. 136940)<br>ANDREW L. COLLIER (Bar No.191137)<br>GREGORY T. BRODERICK (Bar No. 220871)<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814-4686<br>Telephone:   (916) 444-1000<br>Facsimile:    (916) 444-2100<br>cmcfarland@downeybrand.com<br>acollier@downeybrand.com<br>gbroderick@downeybrand.com<br><br>Attorneys for Defendant CUE VI, LLC |
| LAYNE FRIEDRICH (BAR NO. 195431)<br>DREVET HUNT (BAR NO. 240487)<br>LAWYERS FOR CLEAN WATER, INC.<br>1004 O'Reilly Avenue<br>San Francisco, CA 94129<br>Telephone: (415) 440-6520<br>Facsimile: (415) 440-4155<br>Email: layne@lawyersforcleanwater.com<br>Email: drev@lawyersforcleanwater.com | Paul P. "Skip" Spaulding III (Bar No. 83922)<br>R. Christopher Locke (Bar No. 101704)<br>Matthew Bostick (Bar No. 268563)<br>FARELLA, BRAUN + MARTEL<br>235 Montgomery Street<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br>sspaulding@farella.com<br>clocke@farella.com<br>mbostick@fbm.com |
| Attorneys for Plaintiffs HUMBOLDT BAYKEEPER, and ECOLOGICAL RIGHTS FOUNDATION | Attorneys for Defendant<br>UNION PACIFIC RAILROAD COMPANY |
| *Additional Plaintiffs' counsel of record listed below* | *Additional Defendants' counsel of record listed below* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER, a program of Ecological Rights Foundation, and ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>                    Plaintiffs,<br><br>    v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, NORTH COAST RAILROAD AUTHORITY, a state agency, and CUE VI, LLC, an Alaska limited liability company,<br><br>                    Defendants. | Civil Case No.: C 06-02560 JSW (MEJ)<br><br>**STIPULATION SETTLING PLAINTIFFS' MOTION FOR FEES AND COSTS INCURRED FOR DEPOSITIONS OF DEFENDANTS' NON-DISCLOSED WITNESSES;**<br>**[~~PROPOSED~~] ORDER**<br><br>Judge:  Honorable Jeffrey S. White<br><br>Trial Date:  August 30, 2010 |

Michelle Smith (Bar No. 233515)
Humboldt Baykeeper
217 E Street
Eureka, CA 95501
Telephone: (707) 268-0665
Facsimile: (707) 268-8901
Email: michelle@humboldtbaykeeper.org

Fredric Evenson (Bar No. 198059)
Law Offices of Fredric Evenson
William Verick (Bar No. 140972)
Klamath Environmental Law Center
424 First Street
Eureka, CA 95501
Telephone: (707) 268-8900
Facsimile: (707) 268-8901
Email: ecorights@earthlink.net

Attorneys for Plaintiffs HUMBOLDT BAYKEEPER
and ECOLOGICAL RIGHTS FOUNDATION

Stipulation Re: Depo. Fees [Proposed] Order                                    Case No. C 06-02560 JSW (MEJ)

Plaintiffs Humboldt Baykeeper and Ecological Rights Foundation ("Plaintiffs") and Defendants CUE VI, LLC and Union Pacific Railroad Company (collectively "the Parties") submit this Stipulation Settling Plaintiffs' Motion for Payment of Fees And Costs Incurred For Depositions of Defendants' Non-Disclosed Witnesses and [Proposed] Order.

WHEREAS, Plaintiffs' Motion for Payment of Fees And Costs Incurred For Depositions of Defendants' Non-Disclosed Witnesses came before the Magistrate Judge Maria-Elena James on July 29, 2010;

WHEREAS, the Parties came to a mutual agreement settling Plaintiffs' Motion;

The Parties hereby stipulate to the following:

Defendants CUE VI, LLC and Union Pacific Railroad Company agree to reimburse Plaintiffs for their fees and costs associated with preparation for and taking of the depositions of the witnesses ("Deposition Fees and Costs") by making payment of Eighty Six Thousand Dollars ($86,000) no later than August 30, 2010. This payment shall fully and finally settle any and all claims by Plaintiffs for reimbursement of Deposition Fees and Costs, as well as all fees and costs for negotiations with Defendants to settle the Deposition Fees and Costs incurred, and the briefing and motion proceedings on the Deposition Fees and Costs.

The Parties further agree that if payment is not timely made and paid in full by August 30, 2010, Plaintiffs will immediately notify the Honorable Maria-Elena James, and the Parties will be prepared to appear before Judge James no later than September 3, 2010, or as soon thereafter as the court's calendar permits, for a hearing on the collection of the agreed-upon payment.

Dated:   August 2, 2010                    Respectfully submitted,

JEFFREY K. LEE (BAR NO. 212465)
WILLIAM D. CONNELL (BAR NO. 89124)
KATHRYN C. CURRY (BAR NO. 157099)
1891 Landings Drive
Mountain View, CA  94043
Phone No.: (650) 428-3900
Fax No.: (650) 428-3901
Email:  jlee@gcalaw.com
Email: bconnell@gcalaw.com

Stipulation Re: Depo. Fees [Proposed] Order     1     Case No. C 06-02560 JSW (MEJ)

|   |   |   |
|---|---|---|
| 1 |  | Layne Friedrich (Bar No. 195431) |
| 2 |  | Drevet Hunt (Bar No. 240487) |
|   |  | LAWYERS FOR CLEAN WATER, INC. |
| 3 |  | 1004 O'Reilly Avenue |
|   |  | San Francisco, California 94129 |
| 4 |  | Telephone: (415) 440-6520 |
|   |  | Facsimile: (415) 440-4155 |
| 5 |  | Email: layne@lawyersforcleanwater.com |
| 6 |  | By: /s/ Layne Friedrich                    . |
|   |  | Attorneys for Plaintiffs |
| 7 |  | HUMBOLDT BAYKEEPER and ECOLOGICAL |
|   |  | RIGHTS FOUNDATION |
| 8 |  |  |
| 9 |  |  |
| 10 | August 2, 2010 | Paul P. "Skip" Spaulding III (Bar No. 83922) |
|   |  | R. Christopher Locke (Bar No. 101704) |
| 11 |  | Matthew Bostick (Bar No. 268563) |
|   |  | FARELLA, BRAUN + MARTEL |
| 12 |  | 235 Montgomery Street |
|   |  | San Francisco, CA 94104 |
| 13 |  | Telephone:    (415) 954-4400 |
|   |  | Facsimile:    (415) 954-4480 |
| 14 |  | sspaulding@farella.com |
|   |  | clocke@farella.com |
| 15 |  | mbostick@fbm.com |
| 16 |  | By: /s/ R. Christopher Locke           |
|   |  | Attorneys for Defendant |
| 17 |  | UNION PACIFIC RAILROAD COMPANY |
| 18 |  |  |
| 19 | August 2, 2010 | DOWNEY BRAND LLP |
|   |  | CLIFTON J. MCFARLAND (Bar No. 136940) |
| 20 |  | ANDREW L. COLLIER (Bar No.191137) |
|   |  | GREGORY T. BRODERICK (Bar No. 220871) |
| 21 |  | 621 Capitol Mall, 18th Floor |
|   |  | Sacramento, CA  95814-4686 |
| 22 |  | Telephone:    (916) 444-1000 |
|   |  | Facsimile:    (916) 444-2100 |
| 23 |  | cmcfarland@downeybrand.com |
|   |  | acollier@downeybrand.com |
| 24 |  | gbroderick@downeybrand.com |
| 25 |  | By: /s/ Gregory T. Broderick                         |
|   |  | Attorneys for Defendant CUE VI, LLC |
| 26 |  |  |
| 27 |  |  |
| 28 |  |  |

Stipulation Re: Depo. Fees [Proposed] Order                                              Case No. C 06-02560 JSW (MEJ)

2

**ATTESTATION**

I, Layne Friedrich, am counsel for Plaintiffs and the registered ECF user whose username and password are being used to file this Stipulated Request to Vacate and Continue Pretrial Conference and Associated Dates and [Proposed] Order. In compliance with General Order 45 X.B, I hereby attest that the above-identified counsel for Defendants concurred in this filing.

Dated: August 2, 2010              Respectfully submitted,

                                   By:   /s/ Layne Friedrich

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES STIPULATION, IT IS HEREBY ORDERED:

Defendants CUE VI, LLC and Union Pacific Railroad Company will reimburse Plaintiffs for their fees and costs incurred for depositions of Defendants' non-disclosed witnesses by making payment of Eighty Six Thousand Dollars ($86,000) no later than August 30, 2010.

If payment is not timely made and paid in full by August 30, 2010, Plaintiffs shall notify the Honorable Maria-Elena James on August 30, 2010, and the Parties shall be prepared to appear before Judge James no later than September 3, 2010, or as soon thereafter as the court's calendar permits, for a hearing on the collection of the agreed-upon payment.

IT IS SO ORDERED.

Dated: __August 12__, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE