UNITED STATES DISTRICT COURT

Northern District of California

HUMBOLDT BAYKEEPER, *et al.*

          Plaintiffs,

  v.

UNION PACIFIC RAILROAD COMPANY, *et al.*

          Defendants.
_____/

No. C 06-02560 JSW (MEJ)

**ORDER RE: FURTHER SETTLEMENT CONFERENCE**

Further settlement conference in this matter is now set for Monday, August 23, 2010 at 2:30 p.m. All clients, counsel, and parties are ORDERED personally present for further settlement conference. Further, the Court ORDERS Defendants to submit their proposal to Plaintiffs by 5:00 p.m. on August 17, 2010 and to submit a copy to the Court. Plaintiffs are August 13, 2010 to submit a reply to Defendants by 12:00 p.m. on August 20, 2010, and thereafter to submit a copy to the Court. Counsel is not to file these documents with the Court.

**IT IS SO ORDERED.**

Dated: August 13, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge