1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   HUMBOLDT BAYKEEPER,

10          Plaintiff,                    No.  C 06-02560 JSW

11   v.                                   **ORDER CONTINUING TRIAL**

12   UNION PACIFIC RAILROAD COMPANY,

13          Defendants.
                                                    /
14

15          The Court *sua sponte* continues the trial currently set for Monday, August 30, 2010 to

16   Tuesday, September 7, 2010 at 8:00 a.m., and FURTHER ORDERS that all parties shall

17   participate in a further settlement conference before Magistrate Judge James on Thursday,

18   September 2, 2010 at 10:30 a.m.

19          **IT IS SO ORDERED.**

20

21   Dated: August 26, 2010                _____
                                           JEFFREY S. WHITE
22                                         UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28

**United States District Court**
For the Northern District of California