1 | Jeffrey K. Lee (Bar No. 212465)
2 | William D. Connell (Bar No. 89124)
  | Kathryn C. Curry (Bar No. 157099)
3 | GCA LAW PARTNERS LLP
  | 1891 Landings Drive
4 | Mountain View, CA 94043
  | Telephone: (650) 428-3900
5 | Facsimile: (650) 428-3901
  | Email: jlee@gcalaw.com
6 | Email: bconnell@gcalaw.com
7 | Email: kcurry@gcalaw.com

8 | Attorneys for Plaintiffs
  | HUMBOLDT BAYKEEPER, and
9 | ECOLOGICAL RIGHTS FOUNDATION

10 | DOWNEY BRAND LLP
   | CLIFTON J. MCFARLAND (SBN 136940)
11 | ANDREW L. COLLIER (SBN 191137)
   | GREGORY T. BRODERICK (SBN 220871)
12 | 621 Capitol Mall, 18th Floor
   | Sacramento, CA 95814-4731
13 | Telephone: (916) 444-1000
   | Facsimile: (916) 444-2100
14 | cmcfarland@downeybrand.com
   | acollier@downeybrand.com
15 | gbroderick@downeybrand.com

16 | Attorneys for Defendant
   | CUE VI, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBOLDT BAYKEEPER, a program of Ecological Rights Foundation, and ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation; and NORTH COAST RAILROAD AUTHORITY, a state agency; and CUE VI, LLC, an Alaskan limited liability company,<br><br>    Defendants. | CASE NO. C 06-02560 JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS AND DEFENDANT CUE VI, LLC'S JOINT REQUEST FOR PERMISSION TO USE ELECTRONIC EQUIPMENT**<br><br>Judge:      Hon. Jeffrey S. White<br>Courtroom:  11<br>Trial Date:  August 30, 2010 |

1097470.2

1

[PROPOSED] ORDER GRANTING REQUEST TO USE TRIAL EQUIPMENT

At the August 2, 2010, pretrial conference, Plaintiffs Humboldt Baykeeper and Ecological Rights Foundation's (hereinafter "Plaintiffs") and Defendants CUE VI, LLC's and Union Pacific Railroad Company's jointly requested permission to use electronic equipment at the trial scheduled to begin on August 30, 2010, and for the duration of trial. Good cause appearing:

IT IS HEREBY ORDERED that Defendants request is granted for the following equipment, which shall be allowed in Courtroom 11 upon presentation of a copy of this Order:

(1) Hi Lumens XGA LCD Projector;

(1) Elmo Visual Presenter—Digital;

(1) 4 Way VGA Switch;

(1) Projector Stand;

(1) Misc. XGA Cabling;

(1) Projection Screen;

(6) Laptop computers

(1) 17" Flat Panel SXGA LCD Monitior

(1) 2 Way Digital Distribution Amplifier

(1) AV Cart

(4) Book Carts

(1) Equipment Table (Approximately 48" x 18")

(1) Anchor Speaker

IT IS HEREBY FURTHER ORDERED that Plaintiffs request is granted for the following additional equipment, which shall be allowed in Courtroom 11 upon presentation of a copy of this Order:

(1) 5 foot Equipment Table

(5) Laptop computers

(1) Portable printer

IT IS HEREBY FURTHER ORDERED that Plaintiffs' and Defendants' trial technicians shall be permitted to set up and test the above equipment in Courtroom 11, on ~~August 27,~~ September 3, 2010, beginning at ~~2:15~~ 2:00 p.m. and continuing until 3:30 p.m.

1097470.2

2

[~~PROPOSED~~] ORDER GRANTING REQUEST TO USE TRIAL EQUIPMENT

1  Dated: ~~August~~ September 2, 2010

_____
The Honorable Jeffrey S. White
United States District Court Judge

1097470.2

3

[~~PROPOSED~~] ORDER GRANTING REQUEST TO USE TRIAL EQUIPMENT