IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUMBOLDT BAYKEEPER,

    Plaintiff,      No. C 06-02560 JSW

  v.      **SECOND ORDER CONTINUING TRIAL**

UNION PACIFIC RAILROAD COMPANY,

    Defendants.

    In light of the on going settlement discussions, the Court *sua sponte* continues the trial currently set for Tuesday, September 7, 2010 at 8:00 a.m. to Monday, September 13, 2010 at 8:00 a.m. If the case does not settle by 2:00 p.m. Friday, September 3, 2010, the parties shall not set up their equipment on that date. Rather, they should submit a new request and proposed order.

    **IT IS SO ORDERED.**

Dated: September 3, 2010

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE