IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUMBOLDT BAYKEEPER and
ECOLOGICAL RIGHTS FOUNDATION,

    Plaintiffs,

  v.

UNION PACIFIC RAILROAD COMPANY, et al.,

    Defendants.
_____/

No. C 06-02560 JSW

**ORDER REGARDING CASE STATUS**

All parties, with the exception of NCRA, have settled this matter on the record. Plaintiffs have agreed to dismiss NCRA with prejudice. The Court HEREBY ORDERS that Plaintiffs shall file a noticed motion seeking leave to dismiss NCRA or a stipulation of dismissal by no later than September 15, 2010. If Plaintiffs fail to file a motion or stipulation of dismissal by this date, or if the settled parties fail to finalize the settlement and dismiss the other defendants, the Court will reset the trial.

**IT IS SO ORDERED.**

Dated: September 9, 2010

                                                     JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE