UNITED STATES DISTRICT COURT

Northern District of California

HUMBOLDT BAYKEEPER, *et al.*,

        Plaintiffs,

  v.

UNION PACIFIC RAILROAD COMPANY, *et al.*,

        Defendants.

No. C 06-02560 JSW (MEJ)

**ORDER RE: SEALED TRANSCRIPT**

**FILED UNDER SEAL**

On September 8, 2010, the undersigned held one in a series of settlement conferences in the above matter, and an agreement was placed on the record following that day's conference. The undersigned hereby **ORDERS** that the transcript of that proceeding be filed and maintained under seal.

However, the court reporters are directed to provide counsel for any party in this matter with a transcript of that day's proceedings upon their request and without further order.

**IT IS SO ORDERED.**

Dated: September 14, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge